UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH C. TOLBERT,<br>          Plaintiff,<br><br>     v.<br><br>CORRECTIONAL OFFICER BALDWIN,<br>LT MORGAN, and NICOLA S. WEINER,[1]<br>*as Representative of the Estate of*<br>*Dr. Stephen Weiner*,<br>          Defendants. | No. 2:22-cv-01182 |

## O R D E R

**NOW**, this 28th day of March, 2023, for the reasons set forth in the opinions issued this date, on April 4, 2022, and on November 30, 2022, *see* ECF Nos. 5, 55, **IT IS HEREBY ORDERED THAT**:

1.   Weiner's Motion to Dismiss, ECF No. 58, is **GRANTED**.

2.   Count II, which is against Defendant Wiener, is **DISMISSED with prejudice**.

3.   The Clerk of Court is directed to **TERMINATE** Nicola S. Weiner[2] as a defendant in this action.

4.   A separate order will be issued regarding the discovery schedule for the remaining claims and Defendants.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]   Incorrectly spelled Wiener on the docket.
[2]   *See* Footnote 1, *supra*.