UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

KEITH C. TOLBERT,                              :
       Plaintiff,                              :
                                                      :
       v.                                            :   No. 2:22-cv-1182
                                                      :
CORRECTIONAL OFFICER BALDWIN,   :
       Defendant.                            :
_____

## O R D E R

**AND NOW**, this 9th day of May, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Motion in Limine, ECF No. 218, is **GRANTED**. This Court will give the jury an adverse inference instruction regarding spoliation of video evidence.

    2.    **No later than Monday, May 12, 2025, at 9:00 A.M.**, counsel SHALL jointly submit a proposed adverse inference jury instruction.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Only if, after an exhaustive good faith attempt, counsel are unable to agree upon a proposed instruction may they separately submit a proposed instruction that identifies which part(s) of the instruction is in dispute.