UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH C. TOLBERT, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 2:22-cv-1182 |
| : | |
| CORRECTIONAL OFFICER BALDWIN, : | |
|     Defendant. : | |

# O R D E R

**AND NOW**, this 26th day of September, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion for a New Trial, ECF No. 276, is **DENIED**.

2. Plaintiff's Motion to Schedule a Hearing on the Authenticity of Trial Exhibits, ECF No. 285 is **DENIED**.

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge